UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20574-CR-LENARD (s)

UNITED STATES OF AMERICA,

    Plaintiff,
v.

DAVID PACKOUZ,

    Defendant.
_____/

**DEFENDANT DAVID PACKOUZ'S UNOPPOSED MOTION
TO CONTINUE HIS SENTENCING**

Defendant DAVID PACKOUZ, through his undersigned counsel, respectfully moves this Honorable Court to continue his sentencing, currently scheduled for April 19, 2010. In support of this motion, counsel for Mr. Packouz respectfully submits the following:

1. In all previous scheduling orders issued by this Court, Mr. Packouz's sentencing has been scheduled to take place back-to-back with the sentencing of codefendant Alexander Podrizki.

2. By notice dated March 15, 2010, this Court granted Mr. Podrizki's motion to continue his sentencing, rescheduling it for November 8, 2010.

3. The sentencing of Mr. Packouz and Mr. Podrizki will raise many of the same issues, based on the same facts, including matters analogous to those raised in the motion filed by counsel for Mr. Podrizki in his motion to continue. Accordingly, it is in the interest of judicial economy for this Court to sentence Mr. Packouz and Mr. Podrizki at the same time.

4. Undersigned counsel has previously discussed the scheduling of Mr. Packouz's

sentencing with counsel for the government, Assistant United States Attorney James Koukios, who agreed that it is in the interest of judicial economy to have Mr. Packouz sentenced in tandem with Mr. Podrizki.

Based on the foregoing, Defendant David Packouz respectfully requests that this motion be granted and that this Honorable Court enter an order rescheduling his sentencing to November 8, 2010.

                                              Respectfully submitted,

                                              **KENNETH J. KUKEC, P.A.**

BY:   s/ Kenneth J. Kukec
        KENNETH J. KUKEC, ESQ.
        Counsel for Defendant DAVID PACKOUZ
        2 Biscayne Blvd., #2600
        Miami, FL  33131-1802
        Florida Bar No. 618489
        Telephone: (305) 358-2000
        Facsimile: (305) 358-1233
        E-Mail: kukec@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

BY:   s/ Kenneth J. Kukec<br/>
KENNETH J. KUKEC, ESQ.