UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   )
    Plaintiff,   )
    )
vs.   )   Case No. 08-20574-Cr-Lenard(s)
    )
EFRAIM DIVEROLI,   )
    Defendant.   )
_____   )

## DEFENDANT EFRAIM DIVEROLI'S UNOPPOSED REQUEST TO CHANGE CURRENT RESIDENCE

Pursuant to the Standard Conditions of Bond (DE 25), Defendant Efraim Diveroli requests permission from this Honorable Court to change his residence address as follows:

1. Current address: 3801 Collins Avenue, #503, Miami Beach, FL 33140

2. New address: 2228 Park Avenue, Unit #2, Miami Beach, FL 33139.

AUSA Adam Schwartz has authorized counsel to represent to this Court that the government has no opposition to the granting of the relief sought in this motion.

Based on the foregoing, Defendant, Efraim Diveroli, respectfully requests that his motion be granted and that this Honorable Court enter an order permitting Mr. Diveroli to change his residence address.

    Respectfully submitted,

    BLACK, SREBNICK KORNSPAN & STUMPF, P.A.
    201 South Biscayne Blvd., Suite 1300
    Miami, FL 33131
    Telephone: (305) 371-6421 Fax: (305) 358-2006

    /s/ Howard M. Srebnick
    HOWARD M. SREBNICK, ESQ.
    [Fla. Bar No. 919063]
    [Attorney for Efraim Diveroli]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    /s/ Howard M. Srebnick
    HOWARD M. SREBNICK, ESQ.