UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20574-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EFRAIM DIVEROLI,
        Defendant.
_____/

## ORDER PARTIALLY SETTING ASIDE FINAL JUDGMENT OF FORFEITURE OF PERSONAL SURETY 10% BOND

      This matter is before the Court on the Joint Motion [DE 1210] of Plaintiff, United States of America, and Defendant, Efraim Diveroli, for Entry of an Agreed Order on the Defendant Efraim Diveroli's Motion to Set Aside Final Judgment of Forfeiture of Personal Surety 10% Bond (DE 1187). In their Joint Motion, Plaintiff and Defendant Diveroli advise that, subject to the Court's approval and entry of this Order, they have agreed to settle the bond forfeiture matter as follows. The government consents to the setting aside of the Court's Final Judgment of Forfeiture of Personal Surety Ten Percent Bond (DE 1002) (the "Bond Forfeiture Judgment") as to the balance remaining due on Defendant Diveroli's $1 million personal surety bond after application of (1) the $100,000.00 that was deposited with the Clerk of Court as security for the bond and later transferred to the United States Treasury pursuant to the Bond Forfeiture Judgment (DE 1002); and (2) application of one-half of the $101,530.00 obtained from Defendant Diveroli's safe deposit box at SunTrust Bank pursuant to the Writ of Garnishment entered in this case on April 13, 2011 (DE 1136), which is currently deposited in the Court's

1

Registry pursuant to the Court's Order at DE 1192. In consideration of the government's forgiveness of the balance due on Bond Forfeiture Judgment after application of the foregoing sums, Defendant Diveroli withdraws his Motion to Set Aside Final Judgment of Forfeiture of Personal Surety 10% Bond (DE 1187).

The parties further advise that they have entered into this agreement without conceding any of the arguments made in their respective briefs on the instant motion or any other matter relating to this case, including without limitation any pending or future petition by Defendant for relief pursuant to 28 U.S.C. §2255, and based upon their belief that the foregoing resolution is in their respective best interests and will save both attorney resources and the resources of the Court. The parties do not intend for this settlement to be admissible in any other proceeding. Defendant Diveroli has represented that he has reviewed the settlement with the assistance of counsel, and is fully satisfied with the advice he has received from counsel and the result of the settlement.

Having considered the Joint Motion and being fully advised in the premises, it is hereby ORDERED that the Joint Motion is GRANTED. The Court hereby approves the jointly proposed final settlement of the issues presented in Defendant Diveroli's Motion to Set Aside Final Judgment of Forfeiture of Personal Surety 10% Bond (DE 1187), and sets aside the Bond Forfeiture Judgment as to the balance remaining due after application of (1) the $100,000.00 that was deposited with the Clerk of Court as security for the bond and later transferred to the United States Treasury pursuant to the Bond Forfeiture Judgment (DE 1002); and (2) application of one-half of the $101,530.00 obtained from Defendant Diveroli's safe deposit box at SunTrust Bank pursuant to the Writ of Garnishment entered in this case on April 13, 2011 (DE 1136),

which is currently deposited in the Court's Registry pursuant to the Court's Order at DE 1192.

The Clerk is hereby directed to transfer to the treasury of the United States one-half of the funds deposited in the Court's Registry pursuant to the Court's Order at DE 1192, plus any interest accrued thereon, in accordance with 28 U.S.C. §§ 2042 and 2043, and to pay the remaining one-half to the trust account of Mr. Diveroli's attorneys, Robbins Tunkey Ross Amsel Raben & Waxman, 2250 SW 3 Ave., 4th Floor, Miami, Florida 33129.  This settlement shall not be admissible in any other proceeding.

It is further ORDERED that Defendant Diveroli's Motion to Set Aside Final Judgment of Forfeiture of Personal Surety 10% Bond (DE 1187) is DENIED AS MOOT, and that the evidentiary hearing on that Motion, which had been set for 10:00 am on July 12, 2013, is CANCELLED.

DONE and ORDERED in Chambers, Miami, Florida, this 2 day of July, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE